

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 50118 | **DATE** | 12/17/2001 |
| **CASE TITLE** | NECA-IBEW PENSION, et al. vs. ROCKFORD ILLINOIS COMMUNICATIONS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the Plaintiff Funds' motion for summary judgment is granted and judgment in the amount of $5,498.26 is entered in their favor. This cause is hereby dismissed in its entirety.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| X | Notices mailed by judge's staff. | | DEC 18 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 DEC 17 PM 4:25 | | |
| /SEC | courtroom deputy's initials | FILED-V/D Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Plaintiffs NECA-IBEW Local 364 Defined Contribution Pension Trust Fund and NECA-IBEW Local 364 Welfare Trust Fund (referred to as "the Plaintiff Funds") have filed a motion for summary judgment pursuant to Fed.R.Civ.P. 56, along with a Statement of Material Facts pursuant to LR 56.1(a)(3). Defendant Rockford Illinois Communications Group, Inc. stated it is not responding to the motion. Thus, all facts in the Plaintiff Funds' LR 56.1(a)(3) statement are deemed admitted. See LR 56.1(b)(3)(B); Michas v. Health Cost Controls of Ill., Inc., 209 F.3d 687, 689 (7th Cir. 2000).

Based on the Plaintiff Funds' motion, the court finds defendant owes the Plaintiff Funds $5,498.26 in delinquent contributions, liquidated damages and audit costs, and judgment is entered in that amount. Although the Plaintiff Funds have requested attorney fees in their brief, any attorney fees motion must be filed in accordance with LR 54.3 within the time frame and procedures set forth therein.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

**DOCKETED**
**DEC 18 2001**

NECA-IBEW Local 364 Defined
Contribution Pension Trust Fund, et al.

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 01 C 50118

Rockford Illinois Communications
Group, Inc.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff funds' motion for summary judgment is granted and judgment in the amount of $5,498.26 is entered in their favor. This cause is hereby dismissed in its entirety.

Any prior orders in this case are now final and appealable.

FILED-WD
01 DEC 17 PM 4:2
CLERK
U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 12/17/2001

Susan M. Wessman, Deputy Clerk